IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID C. JOHNSON    :
                    :
                    :
                    :
         V.         :        C.A.NO. 02-4874
                    :
                    :
                    :
SARGENT RAGERI, ET AL.   :

WEINER, J.                              July 23, 2002

## ORDER

As Plaintiff has filed a civil rights complaint without filing a motion for leave to proceed in forma pauperis or paying this court's $150.00 filing fee, Plaintiff is granted until August 23, 2002, to submit a completed application for leave to proceed in forma pauperis, along with a certified copy of his inmate trust fund account statement(s) for the past six months as requied under 28 U.S.C. § 1915[1]. If

---

[1] The statements must show the current balance, the average total monthly deposits, and the average monthly balance in the account(s).

plaintiff does not do so, or does not obtain an extension of time for good cause, this action, without further notice, will be dismissed with prejudice. Plaintiff is advised that even if he qualifies for in forma pauperis status, he must still pay the entire $150.00 filing fee, regardless of the outcome of his lawsuit.

The Clerk is DIRECTED to provide plaintiff with a copy of the court's in forma pauperis application. The Clerk is DIRECTED to mark this case closed until such time as plaintiff submits the required documents.

IT IS SO ORDERED.

_____
CHARLES R. WEINER