PRETRIAL REPORT AND ORDER
---

DATE PRETRIAL HELD: November 26, 2002          NO. 02-4874

CASE CAPTION: JOHNSON
                    V
              RAGERI

1. TRIAL COUNSEL            FOR PLAINTIFF: PRO SE

                            FOR DEFENDANT: J. GONZALES

2. STATUS OF CASE:  PLAINTIFF DEMANDS $50,000.  PLAINTIFF HAS RETAINED COUNSEL WHO WILL ENTER AN APPEARANCE.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

       PLAINTIFF    :
       DEFENDANT(S):

NOTE: ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                                    SO ORDERED:


                                    _____
                                        CHARLES R. WEINER