\02_A\LIAB\JPG\LLPG\217518\LYR\14148\00133

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**BY:** John P. Gonzales, Esquire
Identification Number:  # 71265
One Montgomery Plaza, Suite 1002
Norristown, PA 19401
(610) 292-4470

---

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID C. JOHNSON, Pro Se | : |
| | : No.: 02-CV-4874 |
| v. | : |
| | : |
| CHESTER COUNTY PRISON, SGT. RAGERI, | : |
| SGT. HOLMES, SGT. McMILLAN and | : |
| CO SADLER | |

**MOTION PURSUANT TO FED. R. CIV. P. 30 (a)(2) FOR PERMISSION TO DEPOSE PLAINTIFF**

Defendants, Sgt. Ruggieri, Sgt. Holmes, Sgt. McMillian and CO Sadler, by an through their undersigned counsel, Marshall, Dennehey, Warner, Coleman & Goggin and John P. Gonzales, Esquire, files this Motion pursuant to Fed. R. Civ. P. 30 (a)(2) to schedule the deposition of the plaintiff, David C. Johnson, who is currently residing at the State Correctional Institution in Greensburg, Pennsylvania and in support thereof avers the following:

1.  Plaintiff commenced this action by filing a Complaint with the United States District Court for the Eastern District of Pennsylvania on or about August 16, 2002.

2.  Plaintiff's Pro Se Complaint asserts claims for violations of his civil rights under 42 U.S.C. §1983 against Moving Defendants, Sgt. Ruggieri, Sgt. Holmes, Sgt. McMillian and CO Sadler.  Plaintiff is currently incarcerated at SCI-Greensburg, R.D. 10, Box 10, Greensburg, PA 15601.

3.  Defendants, Sgt. Ruggieri, Sgt. Holmes, Sgt. McMillian and CO Sadler, have spoken with the Prison Administration and informed them that we will need to depose Mr. Johnson.

4.  Defendants respectfully request the court's permission to depose the Plaintiff at a date to be determined in July or August of 2003.

5.  Fed. R. Civ. P. 30 (a)(2) requires a party to obtain Leave of Court to schedule the deposition of a person, including a party, who is confined in prison.

6.  Defendants, therefore, file this Motion to obtain the Court's permission to schedule Plaintiff, David C. Johnson's deposition in accordance with Rule 30 (a)(2).

WHEREFORE, Defendants, Sgt. Ruggieri, Sgt. Holmes, Sgt. McMillian and CO Sadler, respectfully request that this Honorable Court permit Defendants to depose Plaintiff at a date to be determined in July or August of 2003 at the State Correctional Institution in Greensburg, Pennsylvania.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


BY: _____
JOHN P. GONZALES, ESQUIRE
Attorney for Defendants

DATE: _____

\02_A\LIAB\JPG\LLPG\217518\LYR\14148\00133
**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**BY:** John P. Gonzales, Esquire
Identification Number: # 71265
One Montgomery Plaza, Suite 1002
Norristown, PA 19401
(610) 292-4470

---

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID C. JOHNSON, Pro Se : | |
| : | No.: 02-CV-4874 |
| v. : | |
| : | |
| CHESTER COUNTY PRISON, SGT. RAGERI, : | |
| SGT. HOLMES, SGT. McMILLAN and : | |
| CO SADLER | |

**ORDER**

AND NOW this _____ day of _____, 2003 upon consideration of the Motion to Permit the Deposition of Plaintiff pursuant to Fed. R. Civ. P. 30 (a)(2), and any response thereto, it is hereby ORDERED and DECREED that the Defendants' Motion is granted and Defendant is expressly permitted to depose the Plaintiff, David C. Johnson, at the State Correctional Institution in Greensburg, Pennsylvania some time in July or August of 2003.

BY THE COURT:

_____
J.

\02_A\LIAB\JPG\LLPG\217518\LYR\14148\00133

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**BY:** John P. Gonzales, Esquire
Identification Number: # 71265
One Montgomery Plaza, Suite 1002
Norristown, PA 19401
(610) 292-4470

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID C. JOHNSON, Pro Se | : |
| | : No.: 02-CV-4874 |
| v. | : |
| | : |
| CHESTER COUNTY PRISON, SGT. RAGERI, | : |
| SGT. HOLMES, SGT. McMILLAN and | : |
| CO SADLER | |

CERTIFICATE OF SERVICE

I, JOHN P. GONZALES, ESQUIRE, being duly sworn according to law, hereby certify that the Motion Pursuant to Fed. R Civ. P. 30 (a)(2) for Permission to Depose Plaintiff was forwarded to the Plaintiff on the below listed date and was sent via first class mail, postage prepaid to the last known address of other parties or their representatives.

David C. Johnson
Pro Se
FB 9445
GBG
R.D. #10, Box 10
Greensburg, PA 15601

                        MARSHALL, DENNEHEY, WARNER,
                        COLEMAN & GOGGIN


BY: _____
        JOHN P. GONZALES, ESQUIRE
        Attorney for Defendants

DATE: _____