IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID C. JOHNSON :
:
:
:
:
V. : C.A. NO. 02-4874
:
:
:
CHESTER COUNTY PRISON, ET AL. :

WEINER, J.                                                     April 7, 2004

## **ORDER**

The renewed motion of defendants for sanctions (#25) is GRANTED.

By order of November 20, 2003, we dismissed this action without prejudice due to plaintiff's continued refusal to submit to deposition. We granted plaintiff twenty days to reconsider his refusal. To date, he has failed to submit to having his deposition taken. Accordingly,

The complaint of David C. Johnson is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
CHARLES R. WEINER